No. 80–6435.  YIP *v.* UNITED STATES; and
No. 80–6495.  GAN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 636 F. 2d 28.

No. 80–6441.  COOLIDGE *v.* SCHOONER CALIFORNIA ET AL. C. A. 9th Cir.  Certiorari denied.

No. 80–6442.  PFAFF *v.* CITY OF CHILLICOTHE.  Ct. App. Ohio, Ross County.  Certiorari denied.

No. 80–6445.  HAMILTON *v.* ABSHIRE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80–6448.  ROPER, AKA BARRY *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 80–6449.  PRINCE *v.* TEXAS ET AL.  Ct. Crim. App. Tex.  Certiorari denied.

No. 80–6450.  LEWIS *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 80–6456.  ALLEN *v.* FARLEY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 80–6457.  COX *v.* WATSON, JUDGE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–6459.  McKINLEY *v.* PULLEY, CORRECTIONAL SUPERINTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 80–6463.  CUMMINS *v.* JAGO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 80–6466.  BURNS *v.* STATE BAR OF WISCONSIN.  C. A. 7th Cir.  Certiorari denied.

No. 80–6468.  KUMMER *v.* WISCONSIN.  Sup. Ct. Wis. Certiorari denied.